

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STARZ ENTERTAINMENT, LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BUENA VISTA TELEVISION, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV 07-01895 VBF (PJWx)<br><br>[PROPOSED] JUDGMENT ON THE COUNTERCLAIM OF BUENA VISTA TELEVISION, INC.<br><br>Judge: Hon. Valerie Baker Fairbank<br>Date: September 15, 2008<br>Time: 1:30 p.m.<br>Room: 9 (Spring Street) |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

COURTESY COPY

81107.00005/40010.1

The Court has reviewed Plaintiff and Counterclaim-Defendant Starz Entertainment, LLC Motion for Summary Judgment ("Motion") as to Buena Vista Television, Inc.'s Counterclaim.

The Court having fully considered (i) all the papers filed in support of and in opposition to the Motion, (ii) all the evidence set forth in the papers (except that to which objections have been made and sustained by the Court), and (iii) the arguments of counsel, and, after fully considering such issues, having rendered a decision to grant the Motion in its entirety,

IT IS HEREBY ORDERED AND ADJUDGED THAT

1. Defendant and Counterclaimant Buena Vista Television, Inc. take nothing by reason of its Counterclaim against Plaintiff and Counterclaim-Defendant Starz Entertainment, LLC;

2. Defendant and Counterclaimant Buena Vista Television, Inc.'s Counterclaim against Starz Entertainment, LLC be dismissed on the merits; and

3. Plaintiff and Counterclaim-Defendant Starz Entertainment, LLC shall recover its costs herein. *and severance of the Counterclaim being appropriate and ordered*

There being no just reason for delay, this shall constitute final judgment as to the Counterclaim of Buena Vista Television, Inc., pursuant to Federal Rule of Civil Procedure 54(b).

Dated: 10-2-08

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Judge

Respectfully Submitted by,

KINSELLA WEITZMAN ISER KUMP
& ALDISERT LLP

By: _____
Michael J. Kump
Attorneys for Starz Entertainment, LLC

1